Interisle, et al
Attn: Anthony Fiorvanti
One Washington Mall 11th Floor
Boston, MA 02108

Posternak, Blankstein and Lund, LLP.
Attn: Rosanna Sattler
800 Boylston Street
Boston, MA 02199

Massachusetts Department of Revenue
Sales Tax Division
P.O. Box 7010
Boston, MA 02204

Harvard Credit Card
Attn: Bankruptcy Department
1033 Massachusetts Avenue
Cambridge, MA 02138

Mercedes Benz Financial Services
P.O. Box 5209
Attn: Bankruptcy Department
P.O. Box 5209
Carol Stream, IL 60197

Rich May Bilodeau and Flaherty
Attn: Emmet Lyne
176 Federal Street
Boston, MA 02110

Jonathan Horblitt
1762 NW 84th Drive
Coral Springs, FL 33071

Eastern Bank
Attn: Bankruptcy Department
265 Franklin Street
Boston, MA 02110

Astoria Federal Savings Bank
Attn: Bankruptcy Department
361 Sunrise Highway
Patchogue, NY 11772